IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANA HUBLER-THOMPSON, | CIVIL ACTION |
| Plaintiff, | No. 3:24-cv-00033-SLH |
| v. | JURY TRIAL DEMANDED |
| TROOPER AUSTIN WOOLCOCK, | |
| Defendant. | |

### JOINT STIPULATION OF DISMISSAL

The parties in this matter stipulate that this lawsuit has been settled, that it should be dismissed in its entirety and with prejudice, and that the docket should be marked closed.

Respectfully submitted,

s/Dylan T. Hastings
Counsel for Plaintiff

s/Joan Owhe, Esquire
Counsel for Defendants

AND NOW, this 30th day of December, 2024,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE